UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBIN BROOKS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:18-cv-03152-JRS-TAB |
| GPM INVESTMENTS, LLC, | ) ) |
| Defendant. | ) ) ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice. Each party shall bear its own costs and attorney fees.

SO ORDERED.

Date: 7/30/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on
All ECF-registered counsel of record via
e-mail generated by the court's ECF system.